UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WESLEY SCOTT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-02775 |
| | § | |
| 3M COMPANY, ET. AL. | § | |

### MASTEC AND AMERICAN TOWER DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Defendants American Towers LLC, American Tower Management, LLC, American Tower, L.P. and MasTec North America, Inc. file this Certificate of Interested Parties in the above matter and respectfully state as follows:

The undersigned counsel for these Defendants certifies that the following listed entities have a financial interest in the outcome of this litigation:

1. Wesley Scott

2. American Towers LLC (formerly known as American Tower, Inc.)

3. American Tower Management, LLC

4. American Tower, L.P.

5. American Tower Corporation

6. MasTec North America, Inc.

7. DB Industries, LLC

8. 3M Company

9. Jason A. Itkin
   Cory D. Itkin
   Noah M. Wexler
   Ryan S. MacLeod
   **ARNOLD & ITKIN LLP**
   6009 Memorial Drive

Houston, Texas 77007
713-222-3800
Fax: 713-222-3850

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
1717 W. 6th Street, Suite 300
Austin, Texas  78703
(512) 476-5300
FAX (512) 476-5771

By:  /s/Joanna Lippman Salinas
       Joanna Lippman Salinas
       joanna.salinas@fletcherfarley.com
       State Bar No. 00791122

Attorneys for Defendants,
*American Towers LLC, American Tower
Management, LLC, American Tower, L.P. and
MasTec North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MasTec and American Tower Defendants' Certificate of Interested Parties** has been provided by Electronic Service to the following, in accordance with the Federal Rules of Civil Procedure, on September 29, 2016.

Jason A. Itkin
Cory D. Itkin
Noah M. Wexler
Ryan S. MacLeod
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, Texas 77007

Christina A. Culver
Zandra E. Foley, *Pro Hac Vice*
**THOMPSON, COE, COUSINS & IRONS, LLP**
One Riverway, Suite 1400
Houston, Texas 77056

/s/Joanna Lippman Salinas
Joanna Lippman Salinas